UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTOPHER CAMBRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13-cv-00004-JAW |
| | ) | |
| BREWER POLICE DEPARTMENT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE**
**<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

The United States Magistrate Judge filed with the Court on June 18, 2013 her Recommended Decision (ECF No. 24). The Plaintiff filed his objections to the Recommended Decision on July 5, 2013 (ECF No. 25), and the Defendants filed their Responses to those objections on July 18, 2013 (ECF No. 26) and July 22, 2013 (ECF Nos. 27 and 28). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that Defendants Brewer Police Department and Levi Sewall's Motion to Dismiss for Failure to State a Claim (ECF No. 16) be and hereby is GRANTED.

3. It is further ORDERED that Defendants Christopher Hashey and Maine State Police Troop E's Motion to Dismiss for Failure to State a Claim (ECF No. 21) be and hereby is GRANTED.

4. It is further ORDERED that Defendants Jailers at Penobscot County Jail, Deputy Mason, and Penobscot County Sheriff Department's Motion for Judgment on the Pleadings (ECF No. 22) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of December, 2013